UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SJD-CC,LLC                                          CIVIL ACTION

VERSUS                                              NO. 06-9903

MARSHA USA, INC. ET AL.                             SEC. B(4)

### ORDER

Plaintiff's motion for remand (Rec. Doc. No. 7) based on lack of diversity jurisdictional amount is hereby **DENIED**.

While Plaintiff's loss of rental income claim ($51,750.00) is below the threshold jurisdictional amount, Plaintiff's petition expressly seeks "any other damage or recovery permissible under Louisiana law" and Plaintiff contemplates, by reservation, a supplemental claim for property damages.  Coupled with Plaintiff's right under Louisiana law to seek statutory penalties, attorneys fees and costs in this insurance claim, the petition for damages at the time of removal exceeds the $75,000.00 amount for diversity jurisdiction purposes.

New Orleans, Louisiana this 22ND day of January, 2007.

UNITED STATES DISTRICT JUDGE