UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SJD-CC LLC**                                    CIVIL ACTION

**VERSUS**                                        NO. 06-9903

**MARSH USA, INC., ET AL**                        SECTION "B"(4)

## ORDER AND REASONS

After considering the opposed motion to review the Clerk of Court's Taxation of Costs,

**IT IS ORDERED** the motion to review is **DISMISSED**. Plaintiff-movant seeks to vacate taxation of costs, tax costs against Defendant or require parties to bear their own respective costs. As acknowledged by movant, the Clerk of Court correctly reduced the Bill for costs submitted by Defendant (Rec. Doc. Nos., 233, 246, 250). However, movant has not overcome FRCP 54's strong presumption that costs be awarded to the prevailing party.

Defendant's late argument for increasing the cost award for expert fees, based on some unexplained inability to clarify some fees on a "form," is rejected.

Accordingly, the Clerk of Court's Taxation of Costs is affirmed, adopted by the Court and made executory.

New Orleans, Louisiana, this 18th day of May, 2010.

_____
United States District Judge